OFFICE OF DISCIPLINARY COUNSEL *v.* O'LEARY.

[Cite as *Disciplinary Counsel v. O'Leary* (1993), 67 Ohio St.3d 425.]

(No. 93–433—Submitted April 26, 1993—Decided September 29, 1993.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We concur in the board's findings and recommendation. Joseph J. O'Leary is permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.